# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City: Hagåtña
Country/Parish: N/A

**Related Case Information:**

Docket Number: 06-00037
Superseding Indictment: ___
Same Defendant: ___
New Defendant: XXX
Search Warrant Case Number: ___
R 20/ R 40 from District of: ___

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: ___ Yes X No

Defendant Name: CHIEN-JUNG HSU
Allisas Name: ___
Address: ___

Birthdate: 1979   SS#: ___   Sex: M   Race: ___   Nationality: Taiwanese

**U.S. Attorney Information:**

AUSA Frederick A. Black

Interpreter: ___ No   XX Yes   List language and/or dialect: ___

**Location Status:**

Arrest Date: ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody
___ On Pretrial Release

*RECEIVED AUG 26 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM*

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty   ___ Misdemeanor   X Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18 U.S.C. §§ 1029(b)(2) and 1029(a)(2) | Conspiracy to Use Unauthorized Access Devices | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 8-26-06   Signature of AUSA: /s/ Frederick A. Black