# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

**06-00037**

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant ____XXX____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No**

Defendant Name ____SHIH-WEI JHANG_____

Allisas Name _____

Address _____

_____

Birthdate ___1981___ SS# _____ Sex _M_ Race_____ Nationality Taiwanese_____

**U.S. Attorney Information:**

AUSA Frederick A. Black

**Interpreter:** _____ No ___XX___ Yes    List language and/or dialect: _____

**RECEIVED**

**AUG 26 2006**

**Location Status:**

Arrest Date _____

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody

____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___1___    _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1029(b)(2) and 1029(a)(2) | Conspiracy to Use Unauthorized Access Devices | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: ___8-26-06___    Signature of AUSA: ___Frederick A. Black___