AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**CHIEN JUNG HSU** | **WARRANT FOR ARREST**<br><br>Case Number: CR-06-00037-001 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**CHIEN JUNG HSU**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**CONSPIRACY TO USE UNAUTHORIZED ACCESS DEVICES**

**FILED**
DISTRICT COURT OF GUAM
AUG 2 8 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title ___18___ United States Code, Section(s) ___1029(b)(2) and 1029(a)(2)___

| | |
|---|---|
| **JOAQUIN V. E. MANIBUSAN, JR.**<br>Name of Issuing Officer | _/s/ Joaquin V.E. Manibusan_<br>Signature of Issuing Officer |
| **Magistrate Judge**<br>Title of Issuing Officer | **August 26, 2006; Hagatna, Guam**<br>Date and Location |

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC MANGILAO, GU

| DATE RECEIVED<br>8/26/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>TIMOTHY L. CONWAY S/A | SIGNATURE OF ARRESTING OFFICER<br>_/s/_ |
|---|---|---|
| DATE OF ARREST<br>8/26/2006 | | |

1805
Interpreter # 294 243

ORIGINAL

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: <u>**CHIEN JUNG HSU**</u>

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____