**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-06-00037-001 DATE: August 28, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 4:27:34 - 4:37:16
CSO: J. Lizama

**APPEARANCES:**

Defendant: Chien-Jung Hsu  Attorney: Joaquin C. Arriola, Jr.
   Present  Custody  Bond  P.R.     Present  Retained  FPD  CJA

U.S. Attorney: Frederick A. Black  U.S. Agent: Tim Conway, Immigration & Customs Enforcement
U.S. Probation: Carleen Borja  U.S. Marshal: G. Perez / J. Curry
Interpreter: Foo Mee Chun Clinard  Language: Chinese Mandarin

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr. appointed to represent the defendant.
- Defendant advised of his rights.
- Preliminary Examination set for: September 7, 2006 at 2:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: Parties had no objection to the recommendation of detention by pretrial. The Court adopted pretrial's recommendation of detention.