## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00037 |
| Plaintiff, | |
| vs. | APPOINTMENT ORDER |
| CHIEN-JUNG HSU and SHIH-WEI JHANG, | |
| Defendants. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **CHIEN-JUNG HSU** and **G. PATRICK CIVILLE** is appointed to represent defendant **SHIH-WEI JHANG** in the above-entitled case.

Dated this 28th day of August, 2006.

**JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE**
**DISTRICT COURT OF GUAM**

# ORIGINAL