chienhsuind

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

SEP -6 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00037 |
| Plaintiff, | **INDICTMENT** |
| vs. | **CONSPIRACY TO COMMIT FRAUD BY POSSESSING OVER FIFTEEN COUNTERFEIT ACCESS DEVICES** |
| CHIEN JUNG HSU, and SHIH-WEI JHANG, | [18 U.S.C. §§ 2, 371 & 1029(a)(3)] |
| Defendants. | |

THE GRAND JURY CHARGES:

From on and before August 25, 2006, in the District of Guam and elsewhere, the defendants herein, CHIEN JUNG HSU and SHIH-WEI JHANG, and other uncharged individuals unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate and agree together to: knowingly and with intent to defraud, possess more than fifteen counterfeit access devices, said possession of these counterfeit access devices affecting interstate and foreign commerce, by traveling to Guam from Taiwan and other Asia locations, in

1

violation of Title 18, United States Code, Sections 2, 371 and 1029(a)(3).

### Overt Acts

In furtherance of the aforesaid conspiracy and to accomplish its purpose and objects, the defendants committed the following overt acts, among others:

Said defendants brought into Guam counterfeit access devices, to wit:

a. Possessed eight (8) counterfeit VISA credit cards in the name of "Wen-An Lee".

b. Possessed three (3) counterfeit MASTER credit cards in the name of "Wen-An Lee".

c. Possessed four (4) counterfeit VISA credit cards in the name of "Gok-Hing Lam".

d. Possessed one (1) counterfeit MASTER credit card in the name of "Gok-Hing Lam".

DATED this 6th of September 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2