AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

U.S. MARSHALS-GUAM
RECEIVED
-6 SEP 2006    05

UNITED STATES OF AMERICA
V.

**CHIEN JUNG HSU**  -02683-093

**SUMMONS IN A CRIMINAL CASE**

Case Number: **CR-06-00037-001**

(Name and Address of Defendant)

**FILE COPY**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 4th FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | **Thursday, September 7, 2006 at 8:45 a.m.** |

To answer a(n)

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Pretrial Violation Notice

Charging you with a violation of Title **18** United States Code, Section(s) **2, 371 and 1029(a)(3)**

Brief description of offense:

**CONSPIRACY TO COMMIT FRAUD BY POSSESSING OVER FIFTEEN COUNTERFEIT ACCESS DEVICES**

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

September 6, 2006
Date

**ORIGINAL**

## RETURN OF SERVICE

Service was made by me on:[1]   Date  09/07/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:  USMS office, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   09/07/06
Date

J. Sales
Name of United States Marshal

_Carl Aus_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.