# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00037-001                    DATE: September 07, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present                      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore        Electronically Recorded: 8:57:25 - 9:03:13
CSO: B. Benavente / J. Lizama

**APPEARANCES:**
Defendant: Chien Jung Hsu                    Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.           ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black            U.S. Agent:
U.S. Probation: Carleen Borja                U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard            Language: Chinese Mandarin

**PROCEEDINGS:** Initial Appearance and Arraignment
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty.
- Trial set for: November 1, 2006 at 9:30 A.M.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: