# CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER | |
|---|---|---|---|
| GUX | HSU, CHIEN-JUNG | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:06-000037-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. HSU | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section.) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 1029A.F -- PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

Authorization to obtain the service. Estimated Compensation: $ _____ OR

Approval of services already obtained to be paid for by the United States from the Defender Services Appropriation. (Note: Prior authorization should be obtained for services in excess of $500)

_____    _____
Signature of Attorney                                 Date

☐ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

Attorney's name (First name, Middle initial, Last name, including suffix) and mailing address.

Telephone Number: _____

**FILED**
**DISTRICT COURT OF GUAM**
**SEP 1 2 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

| 13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See instructions) | 14. TYPE OF SERVICE PROVIDER | |
|---|---|---|
| | 01 ☐ Investigator | 20 ☐ Legal Analyst/Consultant |
| | 02 ☒ Interpreter/Translator | 21 ☐ Jury Consultant |
| | 03 ☐ Psychologist | 22 ☐ Mitigation Specialist |
| | 04 ☐ Psychiatrist | 23 ☐ Duplication Services (See Instructions) |
| | 05 ☐ Polygraph Examiner | 24 ☐ Other (specify) |
| **15. Court Order** | 06 ☐ Documents Examiner | |
| Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 12 is hereby granted. | 07 ☐ Fingerprint Analyst | |
| | 08 ☐ Accountant | |
| | 09 ☐ CALR (Westlaw/Lexis,etc) | |
| | 10 ☐ Chemist/Toxicologist | |
| | 11 ☐ Ballistics Expert | |
| _____ | 13 ☐ Weapons/Firearms/Explosive Expert | |
| Signature of Presiding Judicial Officer or By Order of the Court | 14 ☐ Pathologist/Medical Examiner | |
| | 15 ☐ Other Medical Expert | |
| _____  _____ | 16 ☐ Voice/Audio Analyst | |
| Date of Order   Nunc Pro Tunc Date | 17 ☐ Hair/Fiber Expert | |
| Repayment or partial repayment ordered from the person represented for this service at time of authorization. | 18 ☐ Computer (Hardware/Software/Systems) | |
| YES ☐  NO ☐ | 19 ☐ Paralegal Services | |

| 16. SERVICES AND EXPENSES (Attach itemization of services and expenses with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix) and MAILING ADDRESS

TIN: _____
Telephone Number: _____

**CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM** _____ **TO** _____
**CLAIM STATUS** ☐ Final  ☐ Interim Payment Number _____  ☐ Supplemental Payment
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: _____    Date: _____

**18. CERTIFICATION OF ATTORNEY:** I hereby certify that the services were rendered for this case.

Signature of Attorney: _____    Date: _____

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOT. AMT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

**23.** ☐ Either the cost (excluding expenses) of these services does not exceed $500, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $500.

_____   _____   _____
Signature of Presiding Judicial Officer   Date   Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. 3006A(e)(3)**

_____   _____   _____
Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code