# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00037-001          DATE: September 21, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Cecilia Flores
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 1:38:18 - 1:59:07
CSO: B. Benavente

**APPEARANCES:**

Defendant: Chien-Jung Hsu      Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Frederick A. Black      U.S. Agent: Gene Cox, Secret Service
U.S. Probation: Stephen Guilliot      U.S. Marshal: D. Punzalan / G. Perez
Interpreter: Foo Mee Chun Clinard      Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made in the plea agreement. Parties had no objections to the changes.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty to Count I.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: January 10, 2007 at 9:30 a.m.
- Presentence Report due to the parties: November 15, 2006
- Presentence Report due to the Court: December 27, 2006
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: