# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

      Plaintiff,

                  V.

Chien-Jung Hsu,

      Defendant.

# NOTICE

CASE NUMBER: 1:06-cr-00037-001

[   ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU  96910 | ROOM NO.<br><br>DATE AND TIME |
|---|---|

TYPE OF PROCEEDING

## *SENTENCING*

[ **X** ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU  96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br>**Wednesday, January 10, 2007 at 9:30 a.m.** | CONTINUED TO DATE AND TIME<br>**Thursday, January 18, 2007 at 10:30 a.m.** |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 5, 2007

DATE

Leilani R. Toves Hernandez

/s/ (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
      Joaquin C. Arriola, Jr.
      U.S. Probation Office
      U.S. Marshals Office